EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>    Plaintiff,<br><br>v.<br><br>HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Case No.  C 07 2447 JCS<br><br>**DECLARATION OF EMI GUSUKUMA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. Pro. 12(b)(5) and 4(m)]<br><br>Date:    November 30, 2007<br>Time:   9:30 a.m.<br>Place:   Courtroom A, 15th Floor<br>Judge:   Hon. Joseph C. Spero |

I, Emi Gusukuma, hereby declare as follows:

1.      I am an attorney at law duly admitted to practice before all of the courts of the State of California and am an associate with the law firm of Haas & Najarian LLP, the attorneys of record for Defendant.  I have personal knowledge of the facts stated herein and if called upon to testify thereto can and will competently do so.

2.      On or about April 27, 2006, Plaintiff filed a lawsuit against the Courtyard by Marriott, Santa Rosa, where he stayed immediately prior to his visit to the Hyatt Vineyard Creek

DECL. OF EMI GUSUKUMA IN SUPP. OF DEFENDANT'S                -1-
MOTION TO DISMISS                                                                                                        Case No. C 07 2447 JCS

AAS & NAJARIAN
58 Maiden Lane
2nd Floor
rancisco, CA  94108
(415) 788-6330

1  (sued herein) and which is located across the street from the Hyatt. A true and correct copy of that
2  lawsuit, *Muegee v. Courtyard by Marriott, Santa Rosa, et al.*, Case No. C 06 02855 MEJ, is attached
3  hereto as Exhibit A.

4      3.    The Rim Corporation was named as one of the defendants in *Muegee v. Courtyard by*
5  *Marriott, Santa Rosa, et al.*, and was served with that lawsuit on October 5, 2006. A true and
6  correct copy of the Proof of Service is attached hereto as Exhibit B.

7      4.    Plaintiff settled his lawsuit against the Marriott in August 2007 and filed a Request
8  for Dismissal on September 19, 2007. True and correct copies of the Certification of ADR Session
9  and Plaintiff's Request for Dismissal are attached collectively hereto as Exhibit C.

10      I declare under penalty or perjury under the laws of the State of California that the foregoing
11  is true and correct.

12  Dated: October 25, 2007                                          /s/
                                                                          Emi Gusukuma

14  N:\CLIENTS\38\3858\006\ADA lawsuit\Motion to Dismiss-EG Decl.wpd

AAS & NAJARIAN
58 Maiden Lane
2nd Floor
rancisco, CA 94108
(415) 788-6330

DECL. OF EMI GUSUKUMA IN SUPP. OF DEFENDANT'S    -2-
MOTION TO DISMISS                                                    Case No. C 07 2447 JCS