| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THIMESCH LAW OFFICES<br>TIMOTHY S. THIMESCH - SBN # 148213<br>158 HILLTOP CRESCENT<br>WALNUT CREEK, CA 94597-3452 | (925) 588-0401 | |
| ATTORNEY FOR (NAME)  PLAINTIFF | REFERENCE NUMBER<br>0A268114-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ED MUEGGE vs. COURTYARD BY MARRIOTT, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C062855 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
USDC SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF CHANGE OF FIRM ADDRESS; SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

| **Name of Defendant:** | THE RIM CORPORATION |
| **Person Served:** | BETTY ANN KLINE |
| **Title:** | PERSON APPARENTLY IN CHARGE |

| **Date of Delivery:** | 10/05/06 |
| **Time of Delivery:** | 12:05 pm |

| **Place of Service:** | 915 SEVENTEENTH STREET<br>MODESTO, CA 95354 | (Business) |

| **Date of Mailing:** | 10/05/06 |
| **Place of Mailing:** | STOCKTON |

**Physical Description:**

| AGE: | 40'S | HAIR: | BROWN | HEIGHT: | 5'3" | RACE: | C |
| SEX: | FEMALE | EYES: | BROWN | WEIGHT: | 130 LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [ ] Federal Rules of Civil Procedure
                          [X] California Code of Civil Procedure

**Fee for service:**   $ 95.91

[X] Registered: ALAMEDA County,
Number: 876
Attorney's Diversified Services
741 N. Fulton Street
Client File # MUEGGE V MARRIOTT

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: October 16, 2006
at: Stockton, Californi

Signature: [signature]
Name: TITO VALDESPINO
Title: INDEPENDANT REGISTERED PROCESS SERVER

**EXHIBIT "B"**        PROOF OF SERVICE