FILED

AUG 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Muegee,<br><br>        Plaintiff(s),<br><br>v.<br><br>Courtyard by Marriott, Santa Rosa,<br><br>        Defendant(s). | No. C 06-02855 MEJ MED<br><br>**Certification of ADR Session** |

***Instructions:*** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _6/25/07 and 7/12/07_

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _8/16/07_

_Howard H__

Mediator, Howard A. Herman
ADR Program Director
450 Golden Gate Avenue, 16h Floor
San Francisco, CA 94102

Certification of ADR Session
06-02855 MEJ MED

EXHIBIT "C"

**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
ED MUEGGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUEGGE,<br><br>    Plaintiff,<br><br>v.<br><br>COURTYARD BY MARRIOTT, SANTA ROSA; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C06-02855 MEJ<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT** |

The parties are pleased to report that they have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonably statutory attorney fees, litigation expenses and costs. The parties have now memorialized the settlement through written agreement.

Therefore, the parties request that this Court dismiss the action with prejudice, and that the

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Request for Dismissal With Retained Jurisdiction:
Case No. C06-02855 MEJ

1  Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

2

3  Dated: September 19, 2007

                                                                   Thimesch Law Offices
4                                                                     TIMOTHY S. THIMESCH, ESQ.
                                                                   GENE FARBER, ESQ. – Of Counsel

5

6                                                       /S/ Signature Authorized
                                                   Attorneys for Plaintiff
7                                                     ED MUEGGE

8

9  SO ORDERED.

10

11  Dated: _____

12                                                   HON. ELLEN E. JAMES
                                                 U.S. MAGISTRATE JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Request for Dismissal With Retained Jurisdiction:
Case No. C06-02855 MEJ

— 2 —