EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  C 07 2447 JCS<br><br>**DECLARATION OF JEFF VIRGIL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. Pro. 12(b)(5) and 4(m)]<br><br>Date:　　November 30, 2007<br>Time:　　9:30 a.m.<br>Place:　　Courtroom A, 15th Floor<br>Judge:　　Hon. Joseph C. Spero |

I, Jeff Virgil, hereby declare as follows:

1.　I am the Chief Financial Officer of The Rim Corporation. I have personal knowledge of the facts stated herein and if called upon to testify thereto can and will competently do so.

2.　The Rim Corporation has never been served with the lawsuit entitled *Muegee v. Hyatt Vineyard Creek, LLC dba Vineyard Creek Hotel & Conference Center et al.*, Case No. C 07 2447 JCS.

I declare under penalty or perjury under the laws of the State of California that the foregoing

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DECL. OF JEFF VIRGIL IN SUPP. OF DEFENDANT'S　　-1-
MOTION TO DISMISS

Case No. C 07 2447 JCS

1  is true and correct.

2  Dated: October 23, 2007

                                                                                                Jeff Virgil

4  N:\CLIENTS\38\3858\006\ADA lawsuit\Motion to Dismiss-Rim Decl.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DECL. OF JEFF VIRGIL IN SUPP. OF DEFENDANT'S MOTION TO DISMISS   -2-

Case No. C 07 2447 JCS