EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE, | Case No. C 07 2447 JCS |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, | [Fed. R. Civ. Pro. 12(b)(5) and 4(m)]<br><br>Date: November 30, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Floor<br>Judge: Hon. Joseph C. Spero |
| Defendants. | |

Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) came on regularly for hearing.

The parties were represented by counsel and were heard.

Having considered the Complaint, the Motion to Dismiss, the Memoranda of Points and Authorities on file in this action and the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED:

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS           -1-                Case No. C 07 2447 JCS

1.  The motion to dismiss is granted on the grounds that Plaintiff has failed to effect timely service of his Complaint as required by Federal Rule 4(m).  Plaintiff's Complaint is dismissed, without prejudice

Dated:   November 30, 2007

_____
HONORABLE JOSEPH C. SPERO
Magistrate Judge of the U.S. District Court

N:\CLIENTS\38\3858\006\ADA lawsuit\Motion to Dismiss-Prop Ord.wpd

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS

-2-

Case No.  C 07 2447 JCS

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA  94108
(415) 788-6330