EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE, ) | Case No. C 07 2447 JCS |
| Plaintiff, ) | |
| v. ) | **THE RIM CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, ) | |
| Defendants. ) | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:   October 25, 2007                        Respectfully submitted,

                                                 HAAS & NAJARIAN, LLP


                                                 By: s/   Emi Gusukuma
                                                     EMI GUSUKUMA
                                                     Attorneys for Defendant

N:\CLIENTS\38\3858\006\ADA lawsuit\Cert of Interested Persons.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

CERT OF INTERESTED PERSONS         1         Case No. C 07 2447 JCS