1  Michael S. Kun, State Bar No. 208684
   EPSTEIN BECKER & GREEN, P.C.
2  1875 Century Park East, Suite 500
   Los Angeles, California 90067-2506
3  Telephone: 310.556.8861
   Facsimile: 310.553.2165
4  mkun@ebglaw.com

5  Joseph D. Miller, State Bar No. 109032
   EPSTEIN BECKER & GREEN, P.C.
6  One California Street
   26th Floor
7  San Francisco, CA 94111-5427
   Telephone: 415.398.3500
8  Facsimile:  415.398.0955
   Jmiller@ebglaw.com
9
   Attorneys for Defendant
10 NOBLE A.E.W. VINEYARD CREEK

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | ED MUEGEE, | CASE NO. C 07 2447 JCS |
|---|---|---|
| 15 | Plaintiff, | [Assigned to the Honorable Joseph C. Spero] |
| 16 | vs. | **DECLARATION OF DAVID WEYMER IN SUPPORT OF DEFENDANT NOBLE A.E.W. VINEYARD CREEK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| 17 | HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive, | |
| | | DATE:  November 30, 2007<br>TIME:  9:30 a.m.<br>DEPT:  A |
| | | [Fed. R. Civ. P. 12(b)(5) and 4(m)] |
| | Defendants. | Complaint filed: May 7, 2007 |

25  / / /
26  / / /
27  / / /
28  / / /

LA:449345v1                              DECLARATION OF DAVID WEYMER IN

I, David Weymer, hereby declare as follows:

1. I am the Managing Principal of Noble Investment Group. I have personal knowledge of the facts stated herein and if called upon to testify thereto can and will competently do so.

2. Noble AEW Vineyard Creek LLC is owned by Noble AEW Holdings V, LLC, which is a joint venture with AEW Capital of Boston. Noble AEW Vineyard Creek has never been served with the lawsuit entitled *Muegee v. Hyatt Vineyard Creek, LLC dba Vineyard Creek Hotel & Conference Center et al.*, Case No. C 07 2447 JCS.

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of October, 2007 in Columbia, Maryland.

_____
DAVID WEYMER