Michael S. Kun, State Bar No. 208684
EPSTEIN BECKER & GREEN, P.C.
1875 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
mkun@ebglaw.com

Joseph D. Miller, State Bar No. 109032
EPSTEIN BECKER & GREEN, P.C.
One California Street
26th Floor
San Francisco, CA 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
Jmiller@ebglaw.com

Attorneys for Defendant
NOBLE A.E.W. VINEYARD CREEK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE, <br><br> Plaintiff, <br><br> vs. <br><br> HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. C 07 2447 JCS <br><br> [Assigned to the Honorable Joseph C. Spero] <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NOBLE A.E.W. VINEYARD CREEK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> [ Fed. R. Civ. P. 12(b)(5) and 4(m)] <br><br> **DATE:** November 30, 2007 <br> **TIME:** 9:30 a.m. <br> **DEPT:** A <br><br> Complaint filed: May 7, 2007 |

Pursuant to Federal Rule of Evidence 201(d), Defendant Noble A.E.W. Vineyard Creek ("Defendant") respectfully requests that this Court take judicial notice of the contents of the Court file in *Muegee v.Courtyard by Marriott, Santa Rosa, et al.,* Case No. C 06 02855 MEJ, including:

1. Complaint, filed April 27, 2006;
2. Proof of Service of The Rim Corporation, filed October 25, 2006;
3. Certification of ADR Session, filed August 16, 2007; and
4. Plaintiff's Request for Dismissal with Retained Jurisdiction to Interpret and Enforce Settlement Agreement, filed September 19, 2007.

### A. The Court Must Take Judicial Notice Of the Contents of Its File if So Requested and Supplied With the Necessary Information.

Copies of each of the above-mentioned documents filed with this Court and part of the Court file in *Muegee v. Courtyard by Marriott, Santa Rosa, et al.* are attached as exhibits to the Declaration of Emi Gusukuma filed in connection with Defendant The Rim Corporation's Motion to Dismiss. These records are subject to judicial notice and should be considered by the Court in determining Defendant's motion to dismiss. See *Springate v. Weighmasters Murphy*, 217 F.Supp.2d 1007, 1013 (C.D. Cal. 2002) (noting that a "court may take judicial notice of its own records").

### B. The Documents Are Related to Matters At Issue Here.

The documents in the Court file in *Muegee v. Courtyard by Marriott, Santa Rose, et al.*, have a direct relation to the case at hand in that they demonstrate Plaintiff's familiarity with the service of process requirement and further shows that he is capable of prosecuting a case diligently when so inclined.

Accordingly, Defendant requests the Court to take judicial notice of above-referenced documents as they are related to the matters at issue in this case.

DATED: October 25, 2007          EPSTEIN BECKER & GREEN, P.C.

By: /s/ Joseph D. Miller
Michael S. Kun
Joseph D. Miller

Attorneys for Defendant
NOBLE A.E.W. VINEYARD CREEK

- 2 -