1  Michael S. Kun, State Bar No. 208684
   EPSTEIN BECKER & GREEN, P.C.
2  1875 Century Park East, Suite 500
   Los Angeles, California 90067-2506
3  Telephone: 310.556.8861
   Facsimile: 310.553.2165
4  mkun@ebglaw.com

5  Joseph D. Miller, State Bar No. 109032
   EPSTEIN BECKER & GREEN, P.C.
6  One California Street
   26th Floor
7  San Francisco, CA 94111-5427
   Telephone: 415.398.3500
8  Facsimile: 415.398.0955
   Jmiller@ebglaw.com
9
   Attorneys for Defendant
10 NOBLE A.E.W. VINEYARD CREEK

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  ED MUEGEE, | CASE NO.  C 07 2447 JCS |
| 15           Plaintiff, | [Assigned to the Honorable Joseph C. Spero] |
| 16      vs. | **DEFENDANT A.E.W. VINEYARD CREEK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 17  HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive, | [Fed. R. Civ. P. 12(b)(5) and 4(m) |
| | DATE: November 30, 2007<br>TIME: 9:30 a.m.<br>DEPT: A |
| 23           Defendants. | Complaint filed:  May 7, 2007 |

25

26  / / /

27  / / /

28  / / /

LA:448658v1                CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or is a party to the proceeding, or (ii) have a non-financial interest in the subject matter or is a party that could be substantially affected by the outcome of this proceeding:

1. Noble Investment Group
2. Noble Fund Manager, LLC
3. Noble Parallel Investment Fund I, LLC
4. Noble-AEW Holdings V, LLC
5. AEW Capital of Boston
6. AEW Noble Partners V, LLC
7. AEW Partners V, L.P
8. AEW V, LLC
9. AEW Partners V, Inc.

DATED: October 25, 2007              EPSTEIN BECKER & GREEN, P.C.


By: /s/ Josph D. Miller
    Michael S. Kun
    Joseph D. Miller

Attorneys for Defendant
NOBLE A.E.W. VINEYARD CREEK