1  Michael S. Kun, State Bar No. 208684
   EPSTEIN BECKER & GREEN, P.C.
2  1875 Century Park East, Suite 500
   Los Angeles, California 90067-2506
3  Telephone: 310.556.8861
   Facsimile: 310.553.2165
4  mkun@ebglaw.com

5  Joseph D. Miller, State Bar No. 109032
   EPSTEIN BECKER & GREEN, P.C.
6  One California Street
   26th Floor
7  San Francisco, CA 94111-5427
   Telephone: 415.398.3500
8  Facsimile: 415.398.0955
   Jmiller@ebglaw.com
9
   Attorneys for Defendant
10 NOBLE A.E.W. VINEYARD CREEK

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

| 14 | ED MUEGEE, | CASE NO. C 07 2447 JCS |
|---|---|---|
| 15 | Plaintiff, | [Assigned to the Honorable Joseph C. Spero] |
| 16 | vs. | **[PROPOSED] ORDER GRANTING DEFENDANT NOBLE A.E.W. VINEYARD CREEK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| 17 | HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive, | |
| 18 | | [Fed. R. Civ. P. 12(b)(5) and 4(m)] |
| 19 | | DATE: November 30, 2007 |
| 20 | | TIME: 9:30 a.m. |
| 21 | | DEPT: A |
| 22 | | Complaint filed: May 7, 2007 |
| 23 | Defendants. | |

26  / / /
27  / / /
28  / / /

1     Defendant Noble A.E.W. Vineyard Creek's motion to dismiss under Fed. R. Civ. P. 12(b)(5) came on regularly for hearing at 9:30 a.m. on November 30, 2007. The parties were represented by counsel and were heard. Having considered the Complaint, the Motion to Dismiss, the Memoranda of Points and Authorities on file in this action and the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. That Defendant Noble A.E.W. Vineyard Creek's Motion to dismiss is GRANTED as Plaintiff has not timely effected service of the Summons and Complaint pursuant to Fed. R. Civ. P. 4(m); and

2. The Complaint is DISMISSED as to Defendant Noble A.E.W. Vineyard Creek, without prejudice.

DATED: November ___, 2007

                                        HONORABLE JOSEPH C. SPERO