UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>HYATT VINEYARD CREEK, ET AL.,<br><br>    Defendant.<br>_____/ | No. C 07-02447 JCS<br><br>NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES <u>MAGISTRATE JUDGE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on May 7, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by **Defendant Noble A.E.W.,** before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Defendant Noble A.E.W., has filed a Motion To Dismiss. Accordingly, the parties are instructed to sign and electronically file the enclosed consent or declination form within **seven (7) calendar days** of the date of this notice, indicating whether they consent to Judge in this matter. the jurisdiction of the Magistrate    If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated: October 26, 2007

                                                                   Richard W. Wieking, Clerk

                                                                   *Karen L. Hom*

                                                                   By: Karen L. Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>      Plaintiff(s),<br><br>  v.<br><br>HYATT VINEYARD CREEK, ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C 07-02447 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____       _____
                                                                                            Signature

                                                                                   Counsel for _____
                                                                                    (Name or party or indicate "pro se")