UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ED MUEGEE,                                      No. C 07-02447 JCS

       Plaintiff(s),                         **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

  v.

HYATT VINEYARD CREEK, ET AL.,

       Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: October 29, 2007

/s/ Joseph D. Miller
_____
Signature

Counsel for  Noble AEW Vineyard Creek
(Name or party or indicate "pro se")