```
EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>  Plaintiff,<br><br>  v.<br><br>HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>  Defendants. | Case No. C 07 2447 JCS<br><br>**THE RIM CORPORATION'S CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 73-1, the undersigned consents to the jurisdiction of Magistrate Judge Joseph C. Spero.

Dated:  October 31, 2007               Respectfully submitted,

                                       HAAS & NAJARIAN, LLP


                                       By: s/   Emi Gusukuma
                                            EMI GUSUKUMA
                                            Attorneys for Defendant

N:\CLIENTS\38\3858\006\ADA lawsuit\Consent to Proceed.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

CONSENT TO PROCEED                    1                    Case No. C 07 2447 JCS