EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>   Plaintiff,<br><br>   v.<br><br>HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>   Defendants. | Case No. C 07 2447 JSW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. Pro. 12(b)(5) and 4(m)]<br><br>Date:   January 25, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 2, 17th Floor<br>Judge:  Hon. Jeffrey S. White |

Pursuant to Federal Rule of Evidence 201(d), Defendant The Rim Corporation ("Defendant") respectfully requests this Court to take judicial notice of the contents of the Court file in *Muegee v. Courtyard by Marriott, Santa Rosa, et al.,* Case No. C 06 02855 MEJ, including:

1. Complaint, filed April 27, 2006;

2. Proof of Service of The Rim Corporation, filed October 25, 2006;

3. Certification of ADR Session, filed August 16, 2007; and

REQUEST FOR JUDICIAL NOTICE IN SUPP. OF         -1-
DEFENDANT'S MOTION TO DISMISS                                                    Case No. C 07 2447 JSW

4. Plaintiff's Request for Dismissal with Retained Jurisdiction to Interpret and Enforce Settlement Agreement, filed September 19, 2007.

### A. The Court Must Take Judicial Notice Of the Contents of its File if So Requested and Supplied With the Necessary Information.

Copies of each of the above-mentioned documents filed with this Court and part of the Court file in *Muegee v. Courtyard by Marriott, Santa Rosa, et al.* are attached as exhibits to the Declaration of Emi Gusukuma. These records are subject to judicial notice and should be considered by the Court in determining Defendant's motion to dismiss. *See Springate v. Weighmasters Murphy*, 217 F. Supp. 2d 1007, 1013 (C.D. Cal. 2002) (noting that a "court may take judicial notice of its own records").

### B. The Documents Are Related to Matters At Issue Here.

The documents have a direct relation to the case at hand in that they demonstrate Plaintiff's familiarity with the service of process requirement and further shows that he is capable of prosecuting a case diligently when so inclined. Accordingly, Defendant requests the Court to take judicial notice of above-referenced documents as they are related to the matters at issue in this case.

Dated: November 15, 2007

Respectfully submitted,

HAAS & NAJARIAN, LLP

By     /s/
Emi Gusukuma
Attorneys for Defendants

N:\CLIENTS\38\3858\006\ADA lawsuit\Motion to Dismiss-RJN.wpd

REQUEST FOR JUDICIAL NOTICE IN SUPP. OF     -2-
DEFENDANT'S MOTION TO DISMISS     Case No. C 07 2447 JSW

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330