EMI GUSUKUMA (S.B.N. 191026)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Defendant
The Rim Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEK; RECP/WINDSOR RIM GP, LLC; WINDSOR CAPITAL GROUP; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. C 07 2447 JSW<br><br>**DECLARATION OF EMI GUSUKUMA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. Pro. 12(b)(5) and 4(m)]<br><br>Date:　January 25, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 2, 17th Floor<br>Judge:　Hon. Jeffrey S. White |

I, Emi Gusukuma, hereby declare as follows:

1.　I am an attorney at law duly admitted to practice before all of the courts of the State of California and am an associate with the law firm of Haas & Najarian LLP, the attorneys of record for Defendant. I have personal knowledge of the facts stated herein and if called upon to testify thereto can and will competently do so.

2.　On or about April 27, 2006, Plaintiff filed a lawsuit against the Courtyard by Marriott, Santa Rosa, where he stayed immediately prior to his visit to the Hyatt Vineyard Creek

DECL. OF EMI GUSUKUMA IN SUPP. OF DEFENDANT'S MOTION TO DISMISS       -1-       Case No. C 07 2447 JSW

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

1  (sued herein) and which is located across the street from the Hyatt.  A true and correct copy of that

2  lawsuit, *Muegee v. Courtyard by Marriott, Santa Rosa, et al.,* Case No. C 06 02855 MEJ, is attached

3  hereto as Exhibit A.

4        3.     The Rim Corporation was named as one of the defendants in *Muegee v. Courtyard by*

5  *Marriott, Santa Rosa, et al.*, and was served with that lawsuit on October 5, 2006.  A true and

6  correct copy of the Proof of Service is attached hereto as Exhibit B.

7        4.     Plaintiff settled his lawsuit against the Marriott in August 2007 and filed a Request

8  for Dismissal on September 19, 2007.  True and correct copies of the Certification of ADR Session

9  and Plaintiff's Request for Dismissal are attached collectively hereto as Exhibit C.

10       I declare under penalty or perjury under the laws of the State of California that the foregoing

11  is true and correct.

12  Dated: November 15, 2007                                   /s/
                                                                    Emi Gusukuma

14  N:\CLIENTS\38\3858\006\ADA lawsuit\Motion to Dismiss-EG Decl.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

DECL. OF EMI GUSUKUMA IN SUPP. OF DEFENDANT'S     -2-
MOTION TO DISMISS                                                                                              Case No.  C 07 2447 JSW