1  EMI GUSUKUMA (S.B.N. 191026)
   HAAS & NAJARIAN
2  58 Maiden Lane, 2nd Floor
   San Francisco, CA 94108
3  Telephone: (415) 788-6330
   Facsimile: (415) 391-0555
4
   Attorneys for Defendant
5  The Rim Corporation

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | ED MUEGEE,                                         ) Case No. C 07 2447 JSW
   |                                                    )
13 |                 Plaintiff,                         )
   |                                                    ) **[PROPOSED] ORDER GRANTING**
14 |         v.                                         ) **DEFENDANT'S MOTION TO DISMISS**
   |                                                    ) **PLAINTIFF'S COMPLAINT**
15 | HYATT VINEYARD CREEK, LLC DBA                      )
   | VINEYARD CREEK HOTEL SPA &                         )
16 | CONFERENCE CENTER, VINEYARD                        )
   | CREEK, LLC; RECP/WINDSOR SANTA                     ) [Fed. R. Civ. Pro. 12(b)(5) and 4(m)]
17 | ROSA VENTURE, L.P.; NOBLE A.E.W.                   )
   | VINEYARD CREEK; RECP/WINDSOR                       ) Date:   January 25, 2008
18 | RIM GP, LLC; WINDSOR CAPITAL                       ) Time:   9:00 a.m.
   | GROUP; RIM PACIFIC SANTA ROSA,                     ) Place:  Courtroom 2, 17th Floor
19 | LLC; RIM HOTEL GROUP, LLC; THE                     ) Judge:  Hon. Jeffrey S. White
   | RIM CORPORATION; AND DOES 1                        )
20 | THROUGH 50, INCLUSIVE,                             )
   |                                                    )
21 |                 Defendants.                        )
   |                                                    )
22 |_____)

23

24       Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) came on

25 regularly for hearing.

26       The parties were represented by counsel and were heard.

27       Having considered the Complaint, the Motion to Dismiss, the Memoranda of Points and

28 Authorities on file in this action and the arguments of counsel, and good cause appearing therefor:

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

[PROPOSED] ORDER GRANTING                        -1-
DEFENDANT'S MOTION TO DISMISS                                              Case No. C 07 2447 JSW

1  IT IS HEREBY ORDERED:

2  1. The motion to dismiss is granted on the grounds that Plaintiff has failed to effect

3  timely service of his Summons and Complaint as required by Federal Rule 4(m).

4  2. Plaintiff's Complaint is dismissed, without prejudice.

5  Dated: January 25, 2008

6  HONORABLE JEFFREY S. WHITE
   Judge of the U.S. District Court

7  N:\CLIENTS\38\3858\006\ADA lawsuit\Motion to Dismiss-Prop Ord.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS           -2-                    Case No. C 07 2447 JSW