|   |   |
|---|---|
| 1 | Michael S. Kun, State Bar No. 208684<br>EPSTEIN BECKER & GREEN, P.C. |
| 2 | 1875 Century Park East, Suite 500<br>Los Angeles, California 90067-2506 |
| 3 | Telephone: 310.556.8861<br>Facsimile: 310.553.2165 |
| 4 | mkun@ebglaw.com |
| 5 | Joseph D. Miller, State Bar No. 109032<br>EPSTEIN BECKER & GREEN, P.C. |
| 6 | One California Street<br>26th Floor |
| 7 | San Francisco, CA 94111-5427<br>Telephone: 415.398.3500 |
| 8 | Facsimile: 415.398.0955<br>Jmiller@ebglaw.com |
| 9 | |
| 10 | Attorneys for Defendant<br>NOBLE A.E.W. VINEYARD CREEK |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ED MUEGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C 07 2447 JSW<br><br>[Assigned to the Honorable Jeffrey S. White]<br><br>**DECLARATION OF DAVID WEYMER IN SUPPORT OF DEFENDANT NOBLE A.E.W. VINEYARD CREEK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>DATE:    January 25, 2008<br>TIME:    9:00 a.m.<br>PLACE:   Courtrooom 2, 17th Floor<br><br>[Fed. R. Civ. P. 12(b)(5) and 4(m)]<br><br>Complaint filed: May 7, 2007 |

25 / / /

26 / / /

27 / / /

28 / / /

LA:449345v1                                           DECLARATION OF DAVID WEYMER IN
SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, David Weymer, hereby declare as follows:

1. I am the Managing Principal of Noble Investment Group. I have personal knowledge of the facts stated herein and if called upon to testify thereto can and will competently do so.

2. Noble AEW Vineyard Creek LLC is owned by Noble AEW Holdings V, LLC, which is a joint venture with AEW Capital of Boston. Noble AEW Vineyard Creek has never been served with the lawsuit entitled *Muegee v. Hyatt Vineyard Creek, LLC dba Vineyard Creek Hotel & Conference Center et al.*, Case No. C 07 2447 JCS.

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of October, 2007 in Columbia, Maryland.

_____
DAVID WEYMER

- 2 -

LA:449345v1                          DECLARATION OF DAVID WEYMER IN