1  Michael S. Kun, State Bar No. 208684
   EPSTEIN BECKER & GREEN, P.C.
2  1875 Century Park East, Suite 500
   Los Angeles, California 90067-2506
3  Telephone: 310.556.8861
   Facsimile: 310.553.2165
4  mkun@ebglaw.com

5  Joseph D. Miller, State Bar No. 109032
   EPSTEIN BECKER & GREEN, P.C.
6  One California Street
   26th Floor
7  San Francisco, CA 94111-5427
   Telephone: 415.398.3500
8  Facsimile: 415.398.0955
   Jmiller@ebglaw.com
9
   Attorneys for Defendant
10 NOBLE A.E.W. VINEYARD CREEK

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

| 14 | ED MUEGEE, | CASE NO. C 07 2447 JSW |
|---|---|---|
| 15 | Plaintiff, | [Assigned to the Honorable Jeffrey S. White] |
| 16 | vs. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NOBLE A.E.W. VINEYARD CREEK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| 17 | HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | | [ Fed. R. Civ. P. 12(b)(5) and 4(m)] |
| 21 | | **DATE:** January 25, 2008<br>**TIME:** 9:00 a.m.<br>**PLACE:** Courtroom 2, 17th Floor |
| 22 | | |
| 23 | | |
| 24 | Defendants. | Complaint filed: May 7, 2007 |

25     Pursuant to Federal Rule of Evidence 201(d), Defendant Noble A.E.W.
26 Vineyard Creek ("Defendant") respectfully requests that this Court take judicial
27 notice of the contents of the Court file in *Muegee v. Courtyard by Marriott, Santa*
28 *Rosa, et al.*, Case No. C 06 02855 MEJ, including:

---

LA:448624v1 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1. Complaint, filed April 27, 2006;

2. Proof of Service of The Rim Corporation, filed October 25, 2006;

3. Certification of ADR Session, filed August 16, 2007; and

4. Plaintiff's Request for Dismissal with Retained Jurisdiction to Interpret and Enforce Settlement Agreement, filed September 19, 2007.

### A. **The Court Must Take Judicial Notice Of the Contents of Its File if So Requested and Supplied With the Necessary Information.**

Copies of each of the above-mentioned documents filed with this Court and part of the Court file in *Muegee v. Courtyard by Marriott, Santa Rosa, et al.* are attached as exhibits to the Declaration of Emi Gusukuma filed in connection with Defendant The Rim Corporation's Motion to Dismiss. These records are subject to judicial notice and should be considered by the Court in determining Defendant's motion to dismiss. See *Springate v. Weighmasters Murphy*, 217 F.Supp.2d 1007, 1013 (C.D. Cal. 2002) (noting that a "court may take judicial notice of its own records").

### B. **The Documents Are Related to Matters At Issue Here.**

The documents in the Court file in *Muegee v. Courtyard by Marriott, Santa Rose, et al.*, have a direct relation to the case at hand in that they demonstrate Plaintiff's familiarity with the service of process requirement and further shows that he is capable of prosecuting a case diligently when so inclined.

Accordingly, Defendant requests the Court to take judicial notice of above-referenced documents as they are related to the matters at issue in this case.

DATED: November 19, 2007                    EPSTEIN BECKER & GREEN, P.C.


By: /s/ Joseph D. Miller
    Michael S. Kun
    Joseph D. Miller

Attorneys for Defendant
NOBLE A.E.W. VINEYARD CREEK