1 | Michael S. Kun, State Bar No. 208684
  | EPSTEIN BECKER & GREEN, P.C.
2 | 1875 Century Park East, Suite 500
  | Los Angeles, California 90067-2506
3 | Telephone: 310.556.8861
  | Facsimile: 310.553.2165
4 | mkun@ebglaw.com

5 | Joseph D. Miller, State Bar No. 109032
  | EPSTEIN BECKER & GREEN, P.C.
6 | One California Street
  | 26th Floor
7 | San Francisco, CA 94111-5427
  | Telephone: 415.398.3500
8 | Facsimile: 415.398.0955
  | Jmiller@ebglaw.com
9 |
  | Attorneys for Defendant
10| NOBLE A.E.W. VINEYARD CREEK

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA**

13 |

| | |
|---|---|
| ED MUEGEE,<br><br>         Plaintiff,<br><br>vs.<br><br>HYATT VINEYARD CREEK, LLC dba VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; RECP/WINDSOR SANTA ROSA VENTURE, L.P.; NOBLE A.E.W. VINEYARD CREEDK; RECP/WINDSOR RIM GP, LLP; WINDSOR CAPITAL GROUP; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 through 50, inclusive,<br><br>         Defendants. | CASE NO. C 07 2447 JSW<br><br>[Assigned to the Honorable Jeffrey S. White]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NOBLE A.E.W. VINEYARD CREEK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(5) and 4(m)]<br><br>**DATE:** January 25, 2008<br>**TIME:** 9:00 a.m.<br>**PLACE:** Courtroom 2, 17th Floor<br><br>Complaint filed: May 7, 2007 |

26 | / / /
27 | / / /
28 | / / /

---

LA:448768v1    [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Noble A.E.W. Vineyard Creek's motion to dismiss under Fed. R. Civ. P. 12(b)(5) came on regularly for hearing at 9:30 a.m. on November 30, 2007. The parties were represented by counsel and were heard. Having considered the Complaint, the Motion to Dismiss, the Memoranda of Points and Authorities on file in this action and the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. That Defendant Noble A.E.W. Vineyard Creek's Motion to dismiss is GRANTED as Plaintiff has not timely effected service of the Summons and Complaint pursuant to Fed. R. Civ. P. 4(m); and

2. The Complaint is DISMISSED as to Defendant Noble A.E.W. Vineyard Creek, without prejudice.

DATED: _____, 2007

HONORABLE JEFFREY S. WHITE

LA:448768v1    [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT