Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
ED MUEGGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUEGGE,<br><br>    Plaintiff,<br><br>v.<br><br>HYATT VINEYARD CREEK, LLC DBA VINEYARD CREEK HOTEL SPA & CONFERENCE CENTER, VINEYARD CREEK, LLC; NOBLE A.E.W. VINEYARD CREEK; RIM PACIFIC SANTA ROSA, LLC; RIM HOTEL GROUP, LLC; THE RIM CORPORATION; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants._____/ | CASE NO. C07-2447 JSW<br>Civil Rights<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[FRCP Rule 41(a)(1)(a)(i)] |

Plaintiff hereby notices the voluntary dismissal of his entire Complaint without prejudice pursuant to Federal Civ. Pro. 41(a)(1)(A)(i).

Dated: December 6, 2007            THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH, ESQ.


                                   /S/ Signature Authorized
                                   Attorneys for Plaintiff
                                   ED MUEGGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Plaintiff's Notice of Voluntary Dismissal Without Prejudice:
Case No. C07-2447 JSW**